UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CRIMINAL MINUTES

Judge:          Jon S. Tigar                Time in Court:    36 Minutes

Date:           April 17, 2026

Case No.        **26-cr-00125-JST-1**

**United States of America**          v.          **Jordan Rigoberto Varela Hernandez**

Defendant
☑ Present
☐ Not Present
☑ In Custody

Michelle Kane                                      Kaitlyn Fryzek
U.S. Attorney                                      Defense Counsel

Spanish Interpreter:    Ines Swaney

                                                  Reporter: Marla Knox appearing by
Deputy Clerk:        Nicole Hall                   Zoom.gov.

## PROCEEDINGS

Change of Plea Hearing and Sentencing Hearing – HELD.

1. The plea agreement was signed in court. The Defendant was sworn. The Court found the Defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The Court found a factual basis for the plea. The Defendant entered a plea of guilty as to Count One of the Information filed on 3/23/2026. The plea was accepted and the Defendant is adjudged guilty of the offense.
2. Parties waives the probation referral and the preparation of the Presentencing report and stipulate to proceed with Sentencing.
3. The Defendant is committed to the custody of the Bureau of Prisons for a term of time served and one business day as to Count One of the Information filed on 03/23/2026; 1 year of supervised release. However, upon release from imprisonment, the defendant will likely be deported and will not be in the United States to be supervised. The Defendant shall pay a special assessment in the amount of $100.00. Fine is waived.
4. Appeal rights are read to the Defendant.